In the Matter of the Application of Julia H. Scofield for Payment to Her

App. Div.]        Second Department, June, 1912.

of Award Made to Unknown Owners, etc. Public School No. 13, Borough of Richmond, etc.— Motion granted, and referee's report confirmed. Present — Hirschberg, Burr, Carr, Woodward and Rich, JJ.